**Jeffrey P. Kaufman**
**Idaho State Bar No. 8022**
**Office of Kathleen A. McCallister,**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
jpk@kam13trustee.com

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **ALDEN MILJKOVIC** | **CASE NO. 19-01496-TLM** |

### TRUSTEE'S MOTION TO DISMISS FOR DELINQUENCY

COMES NOW Kathleen A. McCallister, the standing Chapter 13 Trustee for United States Bankruptcy Court for the District of Idaho, by and through her staff attorney, and as for her Motion to Dismiss states as follows:

1. Debtor filed for Chapter 13 relief on December 27, 2019.

2. Debtor's Chapter 13 plan proposes sixty monthly payments of $1,375 per month.

3. To date, Debtor has paid $1,875 in his bankruptcy ($1,375 on February 11, 2020 and $500 on March 12, 2020) and is in default the sum of $5,500 through April 27, 2020.

4. Neither the Debtor nor his counsel has contacted the Trustee's office indicating that the Debtor's failure to perform in his proposed Chapter 13 plan is related to the current COVID-19 pandemic.

WHEREFORE, the trustee respectfully requests that this case be DISMISSED or for such other relief as this court deems reasonable and fair.

DATED: April 29, 2020

                              OFFICE OF THE CHAPTER 13 TRUSTEE

                               /s/ Jeffrey Kaufman
                            **Jeffrey Kaufman, Staff Attorney**

# **CERTIFICATE OF SERVICE**

**I, HEREBY CERTIFY** that on April 29, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Hyrum Mason Zeyer
Attorney at Law
hyrum@petersonzeyerlaw.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Alden Miljkovic
12123 W Kings Canyon St
Boise, ID 83709

                                         **/s/** Matthew Mallard
                                          **Matthew Mallard**